Hellasandros, Santana, et.al.
_____
FULL NAME

_____
COMMITTED NAME (if different)

Santa Barbara County Jail
_____
FULL ADDRESS INCLUDING NAME OF INSTITUTION

4436 Calle Real, Santa Barbara, CA 93110

CID#0138822   SID# A06762922
_____
PRISON NUMBER (if applicable)

```
                 FILED
         CLERK, U.S. DISTRICT COURT

              JUL 1 2 2021

         CENTRAL DISTRICT OF CALIFORNIA
         BY RO                  DEPUTY
```

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Hellasandros, Santana, et.al. PLAINTIFF,

v.

County of Santa Barbara, Hill Brian Judge DEFENDANT(S),
et.al.

CASE NUMBER

2:21-cv-05806-JLS-MAR
_____
*To be supplied by the Clerk*

**CIVIL RIGHTS COMPLAINT**
**PURSUANT TO** *(Check one)*

☒ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

## A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner:  ☐ Yes   ☒ No

2. If your answer to "1." is yes, how many? _____

   Describe the lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

a. Parties to this previous lawsuit: *N/A, No Previous Lawsuit*

Plaintiff _____

_____

Defendants _____

_____

b. Court _____

_____

c. Docket or case number _____

d. Name of judge to whom case was assigned _____

e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) _____

f. Issues raised: _____

_____

_____

g. Approximate date of filing lawsuit: _____

h. Approximate date of disposition _____

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES – *Attached please find Grievances (Exhibits)*

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☒ Yes   ☐ No  *Grievance procedure is made unavailable and inadequate. All of the attached have also been forwarded by me to the U.S. D.O.J.*

2. Have you filed a grievance concerning the facts relating to your current complaint? ☒ Yes   ☐ No
*Several Grievances are over two months with no reply, including Grievances for tampering with my legal mail; and seizing and destroying my Court*
If your answer is no, explain why not  *(5H)  MY ANSWER IS YES.  Documents while I was certified In Propria Persona. I have evidence to prove both of these claims, and I have also filed Civil Rights complaints with the U.S. D.O.J.*

3. Is the grievance procedure completed? ☒ Yes   ☐ No

If your answer is no, explain why not _____

_____

4. Please attach copies of papers related to the grievance procedure. *Attached, as well as additional Grievances mailed to Hon. George Wu, Nov. 2020; also additional filed electronically.*

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff *Santana Hellasandros et al.*
(print plaintiff's name)

who presently resides at *Santa Barbara County Jail 4436 Calle Real, Santa Barbara CA 93110.*
(mailing address or place of confinement)

were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at
*County of Santa Barbara, et al., Hill, Brian Judge, et al.; Santa Barbara County Jail, Ventura,*
(institution/city where violation occurred)
*Oxnard, etc.; (Multiple Counts (Claims) in multiple locations, see "Index of Appendices.")*

*Yellow copy to U.S.D.C.*

# SANTA BARBARA COUNTY SHERIFF'S OFFICE
## Custody Operations – Inmate Grievance Form

| Staff Use Only |
|---|
| CID# _____ |
| LOG# _____ |

Name: Santana Hellasandras        Booking#: 1137931        Housing: _____

Date: June 25, 2021    Check One: ☐ Grievance    ☐ Appeal    Log#: _____

Under Penalty of Perjury I declare the following is true and correct.

DECLARATION

I have mailed FOUR (4) sets of legal documents prior to this mailing. My incoming and outgoing legal mail has been unlawfully tampered with. I HAVE PROOF. Date Mailed of Prior Mailings (June 14, 2021; June 15, 2021) All Required U.S. D.O.J. Forms Required To Be (May 28, 2021; June 21, 2021) Signed by me Included in Bios. TODAY IS MY SIXTH (6TH) DAY OF MY HUNGER STRIKE! Enclosed in this fifth (5th) mailing 6/25/2021 please find: Original Copy of this letter, Pink Copy (Hand-written) of Original Copy from June 15, Restrictive Housing Notification Letter, S.B. Co. SO. Grievance Reply Form

**Jail policy is that a written response will be provided within 15 days of receipt of the grievance.**

← (This declaration is continued here)

If this grievance is related to the Medical, Psychiatric/Mental Health, Dental, or Vision care provided to you during this incarceration, you **must** complete and sign the release form on the reverse side of this sheet. Failure to sign the release form will limit the Sheriff's Office ability to adequately respond to and/or resolve the issues for which you are grieving. The release authorization on the back of the **white sheet** is the sole original authorization.

------------------------- | ***Do not write below the dotted line for Staff use only*** | -------------------------

Rec'd by: _____    Date: __/__/__    Resolved on scene by: _____    Date: __/__/__

Reply: → The night before last at approximately 8pm, 6/23/21 I was moved here (BACK TO ISOLATION Northwest, Cell #10) from Honor Farm Protective Custody D-Barracks. There were NO issues. I diligently obeyed rules. Cpl. questioned me about my hunger strike and Non-binary Transgender identity. Cpl. Sheffield questioned me and I responded HONESTLY, "I am transfemale HIV+ identifying as a grandfather with no issues with other inmates, and yes I am on a Hunger strike."

Reviewing Supervisor: _____    Date: __/__/__

It is now about 36 Hours (after at 8am Friday 6/25/21 and

If not resolved, routed to: _____    By: _____    Date: __/__/__

clothes, sheets, toilet paper Last night Cpl. Dwyer said I deserved to

Administrative review: _____    Date: __/__/__

be here Back in Isolation for being LGBTQ HIV+

Mailed 6/25/2021 U.S. D.O.J. / Santana Hellasandras 6/25/2021

# SANTA BARBARA COUNTY SHERIFF'S OFFICE
## Custody Operations – Inmate Grievance Form

Staff Use Only
CID#_____
LOG#_____

**Name:** Santana Hellascundrus   **Booking#:** 1137931   **Housing:** NWE-10

**Date:** June 15, 2021   **Check One:** ☐ **Grievance**   ☐ **Appeal**   **Log#:** _____

DECLARATION AND STATEMENT OF FACTS
COUNT (Grievance Issue) — Misconduct by S.B.Co.S.O. Central
Board Specialized Unit, under the leadership of Sheriff Bill
Brown; engaging in practice of systemic discriminatory and retaliatory
misconduct.      SEXUAL HARRASSMENT (I Called PREA 5 times to
report it) Specifically, as I was on the phone calling my Church Bishop
John Lund (805)565-5000, and my Daughter who works for UCAL'
Berkeley (8)3463-3322, Brittany Rivera. I HAD NOT PRESSED THE
INTERCOM BUTTON, so a C.O. initiated communication on the intercom
first, breathing hard, loudly, and then a second time, in a sexually
mocking and suggestive tone of voice asked me, " SO ARE YOU GONNA
SHOWER TODAY?" Hopefully this was recorded (Intercom).
Proposed Resolution U.S. D.O.J. Civil Rights Division Investigation for unconstitutional conduct
I, Santana Hellascundrus, swear penalty of perjury by the laws of the United States, do have
the foregoing to the best of my recollection.
YES EXCEEDED THE HRS TO REPLY 2021 SIGNED: Santana Hellashandrus

**Jail policy is that a written response will be provided within 15 days of receipt of the grievance.**

If this grievance is related to the Medical, Psychiatric/Mental Health, Dental, or Vision care provided to you during this incarceration, you **must** complete and sign the release form on the reverse side of this sheet. Failure to sign the release form will limit the Sheriff's Office ability to adequately respond to and/or resolve the issues for which you are grieving. The release authorization on the back of the **white sheet** is the sole original authorization.

- - - - - - - - - - - - - - - - - - - - - - - -   ***Do not write below the dotted line for Staff use only***   - - - - - - - - - - - - - - - - - - - - -

**Rec'd by:** _____   **Date:** __/__/__   **Resolved on scene by:** _____   **Date:** __/__/__

**Reply:** _____
_____
_____
_____
_____
_____
_____
_____

**Reviewing Supervisor:** _____   **Date:** __/__/__

**If not resolved, routed to:** _____ **By:** _____   **Date:** __/__/__

**Administrative review:** _____   **Date:** __/__/__

SH – 585a (Revised 07/17) (Admin/Ops)      Distribution: Original – Admin / Yellow - Inmate Reply Copy / Pink-Admin Dep / Golden – Inmate Copy

*Yellow copy to USDICT*

# SANTA BARBARA COUNTY SHERIFF'S OFFICE
## Custody Operations – Inmate Grievance Form

Staff Use Only

CID#_____

LOG#_____

Name: Santana Hellasandros   Booking#: 1137931   Housing: NWI-10

Date: June 10, 2021   Check One: ☑ Grievance   ☐ Appeal   Log#: _____

COMPULSORY COUNTERCLAIM — DECLARATION: (Thank you, I would appreciate being re-housed in RESTUBLE, I document that too...)

I am grieving the restrictive housing notification, interview dated 6/4/21 conducted by CDII B. Pruvette; SYSTEMIC Discriminatory AND RETALIATORY Misconduct. The following is 100% FALSLY ASSERTED BY S.B.Co.S.O. CDII B. Pruvette: The box checked "Restrictive Control" I contend that I am not well with other inmates. The box checked "Medical/Mental Health" I contend that CEMG/well it, Dr. Cooler, Dr. F. (Psic. in Grandieu?), Dr. Eden... have all signed reports to the # severity of my medication. The boxes checked "... pace and Step Down Pl..." I neither agreed nor disagreed; not discussed at all. Also my EDR stated "14 Days" and should expire on 6/20 Not 9/20 as I have been informed by GWC...? I, Santana Hellasandros, under penalty of perjury by the laws of the United States, declare the foregoing to be true and correct.

Executed the tenth day of June, 2021, at Santa Barbara Co. Jail.

Name: Santana Hellasandros   Sign: Santana Hellasandros

Jail policy is that a written response will be provided within 15 days of receipt of the grievance.

---

If this grievance is related to the Medical, Psychiatric/Mental Health, Dental, or Vision care provided to you during this incarceration, you **must** complete and sign the release form on the reverse side of this sheet. Failure to sign the release form will limit the Sheriff's Office ability to adequately respond to and/or resolve the issues for which you are grieving. The release authorization on the back of the **white sheet** is the sole original authorization.

---

***Do not write below the dotted line for Staff use only***

Declaration

NOTE TO SELF — ALWAYS WRITE NEATLY!

Rec'd by: _____ Date: __/__/__ Resolved on scene by: _____ Date: __/__/__

Reply: ★ C.O. T. Howell, suggested that I may wish to ... think and said if I got re-housed in D-Barracks, because he said the S.O. would deny the expunged based on the re-housing. I AGREED w/ T. Howell who he is. ALWAYS IMPRESSED ME AS PRACTICING LAWFUL DISCLOSURE, AS MOST, BUT UNFORTUNATELY NOT ALL co's do. T. Howell said he "said perjure" responding by asserted an that numerous positions declared, I can't of claims against one that I know to be false.

Reviewing Supervisor: _____ Date: __/__/__

If not resolved, routed to: Executed 6/10/21 NWI-10, S.B.Co. Jail By: _____ Date: __/__/__

Administrative review: _____ Date: __/__/__

Mailed 6/10/2021/U.S.D.C.,J.

**SANTA BARBARA COUNTY SHERIFF'S OFFICE**
**Custody Operations – Inmate Grievance Form**

SBCo. S.O.

Staff Use Only
CID#_____
LOG#_____

*DOCUMENTING CIVIL RIGHTS VIOLATIONS BY S.B.Co. S.O.*

**Name:** Hellasandros, Santana, Pro se   **Booking#:** 1137931   **Housing:** NWI-10

**Date:** May 27, 2021   **Check One:** ☒ Grievance   ☐ Appeal   Log#: _____

(DAY FIVE (5) OF
HUNGER STRIKE)   *DECLARATION*

✱ (It should be noted my HUNGER STRIKE DEMANDS include: S.B.Co.S.O. cease + desist
(COUNT: Retaliatory, Discriminatory, Misconduct
(ISSUE/GROUNDS: By Specialized Units of S.B.Co.S.O.
To Engage in Cruel and Unusual
Punishment and Deny Critical Services
to Inmate(s), (BLACK LGBTQ INMATE(S)
SUPPORTING EVIDENCE FOR COUNT: Today a Black Inmate (who
is probably misclassified as an "Isolation" based on his race) was left in the shower
yelling for help. I pressed the intercom and Control Board's response was to
ignore the request for help and maliciously turn my radio on, and ALSO ignore my request
to turn radio off
I, Santana Hellasandros, under penalty of perjury by the laws of the United States
declare the foregoing to be true and correct.
Name: Santana Hellasandros SIGNED: Santana Hellasandros DATE: May 27, 2021

Jail policy is that a written response will be provided within 15 days of receipt of the grievance.

If this grievance is related to the Medical, Psychiatric/Mental Health, Dental, or Vision care provided to you during this incarceration, you **must** complete and sign the release form on the reverse side of this sheet. Failure to sign the release form will limit the Sheriff's Office ability to adequately respond to and/or resolve the issues for which you are grieving. The release authorization on the back of the **white sheet** is the sole original authorization.

- - - - - - - - - - - - - - - - - - - - - -   ***Do not write below the dotted line for Staff use only***   - - - - - - - - - - - - - - -

**Rec'd by:** _____   **Date:** __/__/__   **Resolved on scene by:** _____   **Date:** __/__/__

**Reply:** _____

_____

_____

_____

_____

MAILED TO
U.S.D.C., + 
DOJ 5/28/2021

**Reviewing Supervisor:** _____   **Date:** __/__/__

**If not resolved, routed to:** _____   **By:** _____   **Date:** __/__/__

**Administrative review:** _____   **Date:** __/__/__

SH – 585a (Revised 07/17) (Admin/Ops)   Distribution: Original – Admin / Yellow - Inmate Reply Copy / Pink-Admin Dep / Golden – Inmate Copy

ORIGINAL ONLY HANDED TO/ Yellow, Pink, Golden Copies
CICID B. Martinez, NWI-A Shift Pro se/ Retained for Mail/ Forward To Day I, et

S.B. Co. S.O.

# SANTA BARBARA COUNTY SHERIFF'S OFFICE
## Custody Operations – Inmate Grievance Form

Staff Use Only

CID# _____

LOG# _____

DOCUMENTING UNCONSTITUTIONAL PRACTICE(S) BY S.B. Co. S.O., et al.

**Name:** Hellasandros, Santana Rose   **Booking#:** 1137931   **Housing:** NWI-10

**Date:** May 29, 2021   **Check One:** ☑ **Grievance**   ☐ **Appeal** Log#: _____

Mailed To Sheriff Brown   ISSUE(S) Three (3) Grievances: NO RESPONSE BY S.B. Co. S.O.

DECLARATION and STATEMENT OF FACTS

COUNT: Systemic Discriminatory and Retaliatory Misconduct by specialized units of S.B. Co. S.O. to deny me critical services, including but not limited to engaging in the practice of Actual Malice to make the Administrative Remedy Grievance procedure grossly inadequate. SUPPORTING EVIDENCE: It has been thirty-six (36) days since I submitted two grievances to C.O. Aleb from FRC 325 at 11:13 am on April 15th, 2021. VIDEO MONITORS CAN VERIFY THIS. One of said grievances was for destruction of my legal documents by a C.O. in the presence of a Corporal. The other grievance was for inadequate grievance process. It has also been twenty-two (22) days since C.O. Giron accepted my grievance alleging S.B. Co. S.O. tampering with my outgoing legal mail, a COUNT for which I have irrefutable proof, to-day when I reported that my phone kept shutting off when I call Aaron Fischer at Disability Rights CA.

my phone was _____ my phone was shut off completely. _____ at least the Hellasandros

**Jail policy is that a written response will be provided within 15 days of receipt of the grievance.**

If this grievance is related to the Medical, Psychiatric/Mental Health, Dental, or Vision care provided to you during this incarceration, you **must** complete and sign the release form on the reverse side of this sheet. Failure to sign the release form will limit the Sheriff's Office ability to adequately respond to and/or resolve the issues for which you are grieving. The release authorization on the back of the **white sheet** is the sole original authorization.

ALL PRIOR RELEASE AUTHORIZATIONS RESCINDED. Santana Hellasandros

- - - - - - - - - - - - - - - **\*\*\*Do not write below the dotted line for Staff use only\*\*\*** - - - - - - - - - - - - -

**Rec'd by:** _____ **Date:** __/__/__ **Resolved on scene by:** _____ **Date:** __/__/__

**Reply:** _____

_____

_____

_____

_____

MAILED TO US. DC + DOJ 5/28/2021

_____

**Reviewing Supervisor:** _____ **Date:** __/__/__

**If not resolved, routed to:** _____ **By:** _____ **Date:** __/__/__

**Administrative review:** _____ **Date:** __/__/__

SH – 585a (Revised 07/17) (Admin/Ops)    **Distribution: Original – Admin / Yellow – Inmate Reply Copy / Pink–Admin Dep / Golden – Inmate Copy**

Original Mailed / Mailed to / Mailed / Retained

## SANTA BARBARA COUNTY SHERIFF'S OFFICE
### Custody Operations – Inmate Grievance Form

| Staff Use Only |
| --- |
| CID# _____ |
| LOG# _____ |

**Name:** Hellosandros, Santana          **Booking#:** 1137931          **Housing:** NW I-10

**Date:** May 16, 2021     **Check One:** ☒ Grievance     ☐ Appeal   Log#: _____

I, Santana Hellosandros, DECLARE THE FOLLOWING TO BE TRUE AND CORRECT
            Declaration and Statement of Facts
    COUNT 1: S.B.Co.S.O. tampering with my legal mail.
        Between April 19th and April 21, 2021 I handed
five pieces of legal mail to S.B.Co.S.O. Custody Operations
Officers to be mailed.
        I did inform the C.O.'s that I was an indigent Inmate
certified Pro se (In Propria Persona) by the Court and that the
outgoing mail required postage.
        I have the mail (3 pieces returned by Post Office, 2
pieces missing) signed by the C.O., corroborated with my Daily Log Sheets,
Postmark, and video to prove that S.B.Co.S.O. HELD MY MAIL FOR
TEN (10) DAYS AND THEN MAILED IT THE DAY I GOT MONEY ON MY
BOOKS WITH NO POSTAGE. Clearly an act(s) of RETALIATORY Misconduct.
Name: Santana Hellosandros  Signed: Santana Hellosandros  Date: May 16, 2021

**Jail policy is that a written response will be provided within 15 days of receipt of the grievance.**

If this grievance is related to the Medical, Psychiatric/Mental Health, Dental, or Vision care provided to you during this incarceration, you **must** complete and sign the release form on the reverse side of this sheet.  Failure to sign the release form will limit the Sheriff's Office ability to adequately respond to and/or resolve the issues for which you are grieving.  The release authorization on the back of the **white sheet** is the sole original authorization.

-------------------------- | ***Do not write below the dotted line for Staff use only*** | --------------------------

**Rec'd by:** _____          **Date:** __/__/__ **Resolved on scene by:** _____          **Date:** __/__/__

**Reply:** _____

_____

_____

_____

_____

_____

_____

_____

Mailed to U.S.D.C. &

**Reviewing Supervisor:** _____          **Date:** __/__/__

                                                    Mailed to P.I.O.
**If not resolved, routed to:** _____     **By:** _____          **Date:** __/__/__
                                            ⟋ Mailed to P.I.O.
                                              5-28-2021
**Administrative review:** _____          **Date:** __/__/__

SH – 585a (Revised 07/17) (Admin/Ops)     Distribution:  Original – Admin  /  Yellow – Inmate Reply Copy  /  Pink-Admin Dep  /  Golden – Inmate Copy

## SANTA BARBARA COUNTY SHERIFF'S OFFICE
### Custody Operations – Inmate Grievance Form

| Staff Use Only |
|---|
| CID#_____ |
| LOG#_____ |

Name: _Hellasandres, Santana_   Booking#: _1137931_   Housing: _NWI-10_

Date: _May 16, 2021_   Check One: ☒ **Grievance**   ☐ **Appeal**   Log#: _____

_Declaration and Statement of Facts_
_This Declaration and Statement of Facts is a DEMAND_
_by me, Santana Hellasandres, that Santa Barbara County_
_Sheriff's Office and Wellpath CEASE AND DESIST from_
_engaging in the practice of systemic discriminatory and retaliatory_
_misconduct against me. I AM NOT MANIC; Malpractice by Dr. Funkenstein._
_It is VERY WELL DOCUMENTED THAT I AM PSYCHOLOG-_
_ICALLY COMPETENT AND SUFFER FROM NO PSYCHOSES, OTHER_
_THAN PTSD Freeze Mode and the Emotional Trauma_
_caused by the well-documented physical beating of me by SGT._
_Alexander while he called me a "FUCKING FAGGOT," and threatened_
_to break my jaw if I told. I did tell, and in Sept. 2018 Officer Pena's MIS-_
_CONDUCT nearly killed me, fracturing my skull. S.B. Co. S. v. and Wellpath are seek-_
_ing to discredit (defamation) me as I am filing a Civil Rights lawsuit in S.D.C._

**Jail policy is that a written response will be provided within 15 days of receipt of the grievance.**

_I, Santana Hellasandres, under penalty of perjury of the law of the United States,_
_declare the foregoing to be true and correct. SIGNED: Santana Hellasandres 5/16/21_

If this grievance is related to the Medical, Psychiatric/Mental Health, Dental, or Vision care provided to you during this incarceration, you **must** complete and sign the release form on the reverse side of this sheet. Failure to sign the release form will limit the Sheriff's Office ability to adequately respond to and/or resolve the issues for which you are grieving. The release authorization on the back of the **white sheet** is the sole original authorization.

_I RESCIND AND REVOKE ALL PRIOR RELEASE AND USE OF INFORMATION_

------------------------- ***Do not write below the dotted line for Staff use only*** -------------------------

Rec'd by: _____   Date: __/__/__   Resolved on scene by: _____   Date: __/__/__

Reply: _____

_____

_____

_____

_____

_MAILED TO VIS. D.C. & D.O.J. 5-20-2021_

Reviewing Supervisor: _____   Date: __/__/__

If not resolved, routed to: _____   By: _____   Date: __/__/__

Administrative review: _____   Date: __/__/__

SH – 585a (Revised 07/17) (Admin/Ops)   **Distribution: Original – Admin / Yellow - Inmate Reply Copy / Pink-Admin Dep / Golden – Inmate Copy**

_Mailed 5-16-21 / Retained for my records + V/S. D.C._

*Rec'd 7-2-21   Bullying Me!*

**SANTA BARBARA COUNTY SHERIFF'S OFFICE**
Custody Operations – Inmate Grievance Form

| Staff Use Only |
|---|
| CID# 0138822 |
| LOG# 18437 |

Name: Hellasandros, Santana    Booking#: 1137931    Housing: NWI-10

Date: May 16, 2021    Check One: ☒ Grievance    ☐ Appeal    Log#: _____

Declaration and Statement of Facts

This Declaration and Statement of Facts is a DEMAND by me, Santana Hellasandros, that Santa Barbara County Sheriff's Office and Wellpath CEASE AND DESIST from engaging in the practice of systemic discriminatory and retaliatory misconduct against me. I AM NOT MANIC: Malpractice by Dr. Funkenstein. It is VERY WELL DOCUMENTED THAT I AM PSYCHOLOGICALLY COMPETENT AND SUFFER FROM NO PSYCHOSES, OTHER THAN PTSD Freeze Mode and the Emotional Trauma caused by the well-documented physical beating of me by SGT. Alexander while he called me a "FUCKING FAGGOT" and threatened to break my jaw if I told, I did tell, and in Sept 2018 Officer Pera's MIS-CONDUCT nearly killed me, fracturing my skull. S.B. Co. S.O. and Wellpath are seeking to discredit (defamation) me, as I am filing a Civil Rights lawsuit in U.S.D.C.

Jail policy is that a written response will be provided within 15 days of receipt of the grievance.

I, Santana Hellasandros, under penalty of perjury by the laws of the United States declare the foregoing to be true and correct. SIGNED: Santana Hellasandros 5/16/21

If this grievance is related to the Medical, Psychiatric/Mental Health, Dental, or Vision care provided to you during this incarceration, you **must** complete and sign the release form on the reverse side of this sheet. Failure to sign the release form will limit the Sheriff's Office ability to adequately respond to and/or resolve the issues for which you are grieving. The release authorization on the back of the **white sheet** is the sole original authorization.

I RESCIND AND REVOKE ALL PRIOR RELEASE AND USE OF INFORMATION (ID)

------------------------------------------------
| ***Do not write below the dotted line for Staff use only*** |
------------------------------------------------

Rec'd by: _____ Date: __/__/__ Resolved on scene by: _____ Date: __/__/__

Reply: HELLASANDROS SANTANA WELLPATH IS UNABLE TO RESPOND TO THIS GRIEVANCE BECAUSE YOU DID NOT SIGN THE HIPPAA AUTHORIZATION FORM, IN THE FUTURE PLEASE SUBMIT YOUR GRIEVANCES THROUGH THE ESTABLISHED PROCEDURES

Reviewing Supervisor: CT ESPINOZA 786    Date: __/__/__

If not resolved, routed to: _____ By: _____ Date: __/__/__

Administrative review: _____ Date: __/__/__

SH – 585a (Revised 07/17) (Admin/Ops)    Distribution: Original – Admin / Yellow - Inmate Reply Copy / Pink-Admin Dep / Golden – Inmate Copy

Mailed 5-16-21 / Retained for my records + U.S.D.C.

Rec'd 7-2-21   Bullys Me

SCANNED **SANTA BARBARA COUNTY SHERIFF'S OFFICE**

**Custody Operations – Inmate Grievance Form**

| Staff Use Only |
| --- |
| CID# 0138822 |
| LOG# 18400 |

Name: _Hellasandras, Santana, Pro se_   Booking#: _1137931_   Housing: _NWI-10_

Date: _May 10, 2021_   Check One: ☑ Grievance   ☐ Appeal   Log#: _____

_Declaration: I Santana Hellasandras, under penalty of perjury, declare by the laws of the United States_
_the following to be true correct._ Statement of Facts

COUNT: S.B.Co.S.O engaging in unconstitutional actual malice to misrepresent
my race/gender My Ethnicity is African-American, Israeli, Greek, etc.
My Race is Black, My Gender is (X) Non-Binary (Androgynous Gender,
with Hermaphraditism) I have verified my ancestry through the genealogical
database maintained by The Church of Jesus Christ of Latter-Day
Saints. The most complete, extensive, and accurate on Earth.
I am also well educated in Genetics, Psychology, Comparitive World
Religions, and Law. (UCSB, College of Molecular and Developmental Biology,
Curriculum Vitae available upon request)
I provided a signed legal document stating my Ethnicity as "African American", and
my Race as "Black" to Santa Barbara County three (3) years ago. I propose that this
issue be resolved by S.B.Co.S.O. Correct MY RACE AS BLACK & MY GENDER AS NON-BINARY.

Jail policy is that a written response will be provided within 15 days of receipt of the grievance.
Name: Santana Hellasandras Race: BLACK Gender: X Signed: Santana Hellasandras Date: May 10, 2021

---

If this grievance is related to the Medical, Psychiatric/Mental Health, Dental, or Vision care provided to you during this incarceration, you **must** complete and sign the release form on the reverse side of this sheet. Failure to sign the release form will limit the Sheriff's Office ability to adequately respond to and/or resolve the issues for which you are grieving. The release authorization on the back of the **white sheet** is the sole original authorization.

---

**\*\*\*Do not write below the dotted line for Staff use only\*\*\***

Rec'd by: _submitted by mail - received 6/17/21_   Date: _/_/_   Resolved on scene by: _____   Date: _/_/_

Reply: _____

_See attached response._

_____

_____

_____

_____

Reviewing Supervisor: _CDII Falfal, 46663_ _____ Date: _6/17/21_

If not resolved, routed to: _____ By: _____ Date: _/_/_

Administrative review: _____ Date: _/_/_

SH – 585a (Revised 07/17) (Admin/Ops)   Distribution: Original – Admin / Yellow - Inmate Reply Copy / Pink-Admin Dep / Golden – Inmate Copy
ORIGINAL SUBMITTED TO / Yellow, Pink, Golden Copies retained by me
ADMIN Via NWI C.O.'s

## SANTA BARBARA COUNTY SHERIFF'S OFFICE
### Custody Operations – Grievance Reply Form

**Name:** Hellasandros, Santana                    **Booking #:** 1137931

**Housing:** NWI-10                                **Log#:**18400

**Check One:** ☒ **Response to Grievance**        ☐ **Response to Appeal**

**Response by:** CDII Falfal                        **Date:** 06/17/2021

Hellasandros, after reviewing your grievance and reviewing your Gender and Race within our JMS system, I have determined that you are currently correctly identified.

Per the United States Census Bureau, the race White is defined as follows

White- "A person having origins in any of the original peoples of Europe, the Middle East, or North Africa. "

You claim to be of Greek and Israeli heritage which would therefore classify you as White.

In regards to your Gender, we fully respect your ability to be Gender Fluid or Non-Binary and we can address you by the pronoun that you prefer, however your classification of Male aligns with the US Census definition of;

"Gender may or may not correspond directly to sex- depending on the society or culture or period. That means, for example, that people may associate themselves with femininity (as defined by their culture) while being biologically male."

CDII Falfal

**Reviewed by:** _____    **Date:** 6/24/21

## SANTA BARBARA COUNTY SHERIFF'S OFFICE
### Custody Operations – Inmate Grievance Form

Staff Use Only
CID# _____
LOG# _____

Name: _Hellasandus, Santana_   Booking#: _113793)_   Housing: _NWI - 10_

Date: _May 14, 2021_   Check One: ☑ Grievance   ☐ Appeal   Log#: _____

DECLARATION - I Santana Hellasandus, under penalty of perjury by the laws of the United States declare the following to be true and correct. Grievance Issue (COUNT): Specialized unit(s) of S.B.Co.S.O. tampered with my OUTGOING MAIL. Said specialized unit(s) of S.B.Co.S.O., tampering with my legal mail, under the leadership of Sheriff Bill Brown, is a violation of federal law. I have substantial and material evidence i.e: daily logs, signed postmarked envelopes, contested by video and recorded phone calls as evidence to irrefutably prove that S.B.Co.S.O. is engaging in the practice of systemic and retaliatory misconduct that includes but is not limited to the aforementioned tampering with my legal mail. This grievance serves to document that I am pursuing an administrative remedy before filing a lawsuit. Name: Santana Hellasandus Signed: Santana Hellasandus Date: May 14, 2021

**Jail policy is that a written response will be provided within 15 days of receipt of the grievance.**

If this grievance is related to the Medical, Psychiatric/Mental Health, Dental, or Vision care provided to you during this incarceration, you **must** complete and sign the release form on the reverse side of this sheet. Failure to sign the release form will limit the Sheriff's Office ability to adequately respond to and/or resolve the issues for which you are grieving. The release authorization on the back of the **white sheet** is the sole original authorization.

------------------------   **\*\*\*Do not write below the dotted line for Staff use only\*\*\***   ------------------------

Rec'd by: _____   Date: __/__/__   Resolved on scene by: _____   Date: __/__/__

Reply: _____

MAILED
TO U.S.D.C.
& D.O.J, 5/26/2021

Reviewing Supervisor: _____   Date: __/__/__

If not resolved, routed to: _____   By: _____   Date: __/__/__

Administrative review: _____   Date: __/__/__

SH – 585a (Revised 07/17) (Admin/Ops)   Distribution: Original – Admin // Yellow - Inmate Reply Copy / Pink-Admin Dep / Golden – Inmate Copy

That Original Mailed to   These three copies: ① Yellow ② Pi

# SANTA BARBARA COUNTY SHERIFF'S OFFICE
## Custody Operations – Inmate Grievance Form

COUNT #1

**Staff Use Only**
CID#_____
LOG#_____

1137931

**Name:** Hellasandros, Santana   **Booking#:** 1137931   **Housing:** E36328 / NWI-10

**Date:** April 30, 2021   **Check One:** ☑ Grievance   ☐ Appeal   Log#: _____

To: Sheriff Bill Brown   DECLARATION and STATEMENT of FACTS:
COUNT 1 MISCONDUCT by specialized unit(s) of Santa Barbara County
Sheriff's Office, under the leadership of Sheriff Bill Brown, engaging
in discriminatory retaliatory practices of unconstitutional actual
malice to impose cruel and unusual punishment and to deny me certain
services. (Proposed Resolution: U.S. Department of Justice Investigation of S.B. Co. S.O.)
SUPPORTING EVIDENCE: On April 28, 2021 in Men's Basement Dorm One (1),
two inmates named "Daniel" and "Casillio" repeatedly acted in collusion to
verbally threatened to "rip you off your bunk" and "fuck you up with a
razor blade," while Daniel, who was doing the verbal threatening, paced back
and forth in front of my bunk while I sit peacefully, as video can prove,
fearing for my safety. CLASSIFICATION MOVED ME TO NWI-10 where, as video
proves, I spent two days cleaning feces and blood and filth from previous inmate.
I, Santana Hellasandros, under penalty of perjury declare the foregoing to be true
and correct.   Name: Santana Hellasandros   Signed: Santana Hellasandros   Date: April 30, 2021

**Jail policy is that a written response will be provided within 15 days of receipt of the grievance.**

If this grievance is related to the Medical, Psychiatric/Mental Health, Dental, or Vision care provided to you during this incarceration, you **must** complete and sign the release form on the reverse side of this sheet. Failure to sign the release form will limit the Sheriff's Office ability to adequately respond to and/or resolve the issues for which you are grieving. The release authorization on the back of the **white sheet** is the sole original authorization.

- - - - - - - - - - ┌─ ***Do not write below the dotted line for Staff use only*** ─┐ - - - - - - - - - -

**Rec'd by:** _____   **Date:** __/__/__   **Resolved on scene by:** _____   **Date:** __/__/__

**Reply:** _____

MAILED TO
U.S.D.C. + D.O.J.
5/28/2021

**Reviewing Supervisor:** _____   **Date:** __/__/__

**If not resolved, routed to:** _____   **By:** _____   **Date:** __/__/__

**Administrative review:** _____   **Date:** __/__/__

SH – 585a (Revised 07/17) (Admin/Ops)   **Distribution: Original – Admin / Yellow - Inmate Reply Copy / Pink-Admin Dep / Golden – Inmate Copy**

Rec'd 7-2-21   Bullying Me!

COUNT #1

# SANTA BARBARA COUNTY SHERIFF'S OFFICE
## Custody Operations – Inmate Grievance Form

Staff Use Only
CID# 0138822
LOG# 18439

113793l

Name: Hellasandros, Santana     Booking#: 113793l     Housing: ~~IBE328~~ NWI-10

Date: April 30, 2021   Check One: ☑ Grievance     ☐ Appeal   Log#: _____

To: Sheriff Bill Brown     DECLARATION and STATEMENT of FACTS
COUNT: MISCONDUCT by specialized unit(s) of Santa Barbara County
Sheriff's Office, under the leadership of Sheriff Bill Brown, engaging
in discriminatory retaliatory practices of unconstitutional actual
malice, to impose cruel and unusual punishment and to deny me critical
services. (Proposed Resolution: U.S. Department of Justice Investigation of S.B.Co. S.O.)
SUPPORTING EVIDENCE: On April 28, 2021 in Men's Basement Dorm One (1),
two inmates named, "Daniel" and "Coughlin" repeatedly acted in collusion to:
verbally threatened to, "rip you off your bunk" and "fuck you up with a
razor blade," while Daniel, who was doing the verbal threatening, paced back
and forth in front of my bunk while I sat peacefully, as video can prove,
fearing for my safety. CLASSIFICATION MOVED ME TO NWI-10 where, as video
proves, I spent two days cleaning feces and blood and filth from previous inmate.
I, Santana Hellasandros, under penalty of perjury, declare the foregoing to be true
and correct.   Name: Santana Hellasandros   Signed: Santana Hellasandros   Date: April 30, 2021

Jail policy is that a written response will be provided within 15 days of receipt of the grievance.

If this grievance is related to the Medical, Psychiatric/Mental Health, Dental, or Vision care provided to you during this incarceration, you **must** complete and sign the release form on the reverse side of this sheet. Failure to sign the release form will limit the Sheriff's Office ability to adequately respond to and/or resolve the issues for which you are grieving. The release authorization on the back of the **white sheet** is the sole original authorization.

- - - - - - - - - - - ***Do not write below the dotted line for Staff use only*** - - - - - - - - - - -

Rec'd by: __Mr. Hellasandros,__   Date: __/__/__   Resolved on scene by: _____   Date: __/__/__

Reply: _____
On June 22, 2021, at approximately 1130 hours, I spoke to you regarding a grievance that you had submitted.
We discussed many topics including your current housing assignment (NWRH-10). You expressed your interest in
being rehoused to Protective Custody population again. I explained that you had been in Restrictive Housing for
your safety, related to "Keep separate" issues and other past problems you have had when housed with others.
We will again review your file and work on a plan to rehouse you back to PC population.

Respectfully, Sgt. _____

Reviewing Supervisor: _____   Date: __/__/__

If not resolved, routed to: _____   By: _____   Date: __/__/__

Administrative review: _____   Date: __/__/__

SH – 585a (Revised 07/17) (Admin/Ops)   Distribution: Original – Admin   Yellow - Inmate Reply Copy / Pink-Admin Dep / Golden – Inmate Copy
Submitted to
Retained by submission to SD & + DA's

COUNT + GRIEVANCE #8

# SANTA BARBARA COUNTY SHERIFF'S OFFICE
## Custody Operations – Inmate Grievance Form

| Staff Use Only |
| --- |
| CID# _____ |
| LOG# _____ |

**Name:** _Hellesvedes, Santana_     **Booking#:** _1137031_     **Housing:** _NWI-10_

**Date:** _April 30, 2021_     **Check One:** ☑ Grievance     ☐ Appeal   **Log#:** _____

DECLARATION and STATEMENT of FACTS
COUNT 1 MISCONDUCT by specialized unit(s) of Santa Barbara County Sheriff's
Office, under the leadership of Sheriff Bill Brown, engaging in discriminatory
retaliatory practices of unconstitutional actual malice to impose cruel
and unusual punishment and to deny me critical services.
SUPPORTING EVIDENCE: Classification has me wrongfully classified
as "ISOLATION" when I should be correctly and appropriately classified
as "Protective Custody," irregardless of my housing in an Isolation cell.
I allege that said actual malice/misconduct is to discredit me
as a litigant in my pending lawsuit against Santa Barbara County Sheriff's
Office, et al, for (includes but not limited to) personal injuries suffered by me at S.B.C.
Proposed Resolution: As I have made diligent repeated efforts to pursue administra-
tive remedies, intentionally made inadequate and/or unavailable by S.B.C., S.C., I seek
a D.O.J. investigation of Civil Rights violations as well as fraudulent bureaucratic practices by S.B.C.
Litigation made in the true best interest of Santa Barbara County Sheriff's Office to show I am a
P.C. inmate in the best interest of my safety. Movant Santana Hellesvedes succeeds to show it

*Jail policy is that a written response will be provided within 15 days of receipt of the grievance.*

If this grievance is related to the Medical, Psychiatric/Mental Health, Dental, or Vision care provided to you during this incarceration, you **must** complete and sign the release form on the reverse side of this sheet. Failure to sign the release form will limit the Sheriff's Office ability to adequately respond to and/or resolve the issues for which you are grieving. The release authorization on the back of the **white sheet** is the sole original authorization.

- - - - - - - - - - | ***Do not write below the dotted line for Staff use only*** | - - - - - - - - - -

**Rec'd by:** _____   **Date:** __/__/__   **Resolved on scene by:** _____   **Date:** __/__/__

**Reply:** _____

Mailed to ±D.O.J.
U.S.D.C.
5/26/2021

**Reviewing Supervisor:** _____   **Date:** __/__/__

**If not resolved, routed to:** _____   **By:** _____   **Date:** __/__/__

**Administrative review:** _____   **Date:** __/__/__

SH – 585a (Revised 07/17) (Admin/Ops)   **Distribution:  Original – Admin  /  Yellow - Inmate Reply Copy  /  Pink-Admin Dep / Golden – Inmate Copy**

Original → Mailed to Sheriff Bill Brown May 15, 2021      Retained by me   SH

Rec'd 7-2-21   BILLING ME!

COUNT + GRIEVANCE #6

## SANTA BARBARA COUNTY SHERIFF'S OFFICE
### Custody Operations – Inmate Grievance Form

Staff Use Only
CID# 0138822
LOG# 18438

Name: Hellasandros, Santana          Booking#: 1137931          Housing: NWI-10

Date: April 30, 2021    Check One:  ☑ Grievance        ☐ Appeal  Log#: _____

### DECLARATION and STATEMENT of FACTS

COUNT: MISCONDUCT by specialized unit(s) of Santa Barbara County Sheriff's Office, under the leadership of Sheriff Bill Brown, engaging in discriminatory retaliatory practices of unconstitutional actual malice to impose cruel and unusual punishment and to deny me critical services, inherent for "Isolation".

SUPPORTING EVIDENCE: Classification has me wrongfully classified as "ISOLATION," when I should be correctly and appropriately classified as "Protective Custody," irregardless of my housing in an Isolation cell. I allege that said actual malice/misconduct is to discredit me as a litigant in my pending lawsuit against Santa Barbara County Sheriff's Office, et al., for (including but not limited to) personal injuries suffered by me at S.B.Co.Ja

Proposed Resolution: As I have made diligent repeated efforts to pursue administrative remedies, intentionally made inadequate and/or unavailable by S.B.Co.S.O., I suggest a D.O.J. investigation of Civil Rights violations as well as fraudulent budgeting practices by S.B.Co.

Jail policy is that a written response will be provided within 15 days of receipt of the grievance. I, Santana Hellasandros, under penalty of perjury by the laws of the United States, declare the foregoing to be true and correct NAME: Santana Hellasandros SIGNED: Santana Hellasandros DATE: April 30, 2021

If this grievance is related to the Medical, Psychiatric/Mental Health, Dental, or Vision care provided to you during this incarceration, you **must** complete and sign the release form on the reverse side of this sheet. Failure to sign the release form will limit the Sheriff's Office ability to adequately respond to and/or resolve the issues for which you are grieving. The release authorization on the back of the **white sheet** is the sole original authorization.

- - - - - - - - - - - - - - - - - - - - - - - -   ***Do not write below the dotted line for Staff use only***   - - - - - - - - - - - - - - - - - - - - - - - -

Rec'd by: __Mr. Hellasandros,_____Date: __/__/__ Resolved on scene by: _____ Date: __/__/__

Reply: _____
On June 22, 2021, at approximately 1130 hours, I spoke to you regarding a grievance that you had submitted. We discussed many topics including your current housing assignment (NWRH-10). You expressed your interest in being rehoused to Protective Custody population again. I explained that you had been in Restrictive Housing for your safety, related to "Keep separate" issues and other past problems you have had when housed with others. We will again review your file and work on a plan to rehouse you back to PC population.

Respectfully, Sgt _____

Reviewing Supervisor: _____Date: __/__/__

If not resolved, routed to: _____By:_____ Date: __/__/__

Administrative review: _____ Date: __/__/__

SH – 585a (Revised 07/17) (Admin/Ops)   Distribution: Original – Admin / Yellow – Inmate Reply Copy / Pink-Admin Dep / Golden – Inmate Copy

Original → Mailed to Sheriff Bill Brown May 15, 2021   Retained by me. SH

COUNT/ISSUE(S)
GRIEVANCE #9

# SANTA BARBARA COUNTY SHERIFF'S OFFICE
## Custody Operations – Inmate Grievance Form

Staff Use Only
CID# _____
LOG# _____

Name: _Hellasandres, Santana_    Booking#: _1137931_    Housing: _NWI-10_

Date: _April 30, 2021_    Check One: ☑ Grievance    ☐ Appeal   Log#: _____

DECLARATION and STATEMENT of FACTS
COUNT: MISCONDUCT by specialized unit(s) of Santa Barbara County Sheriff's
Office, under the leadership of Sheriff Bill Brown, engages in discriminatory
retaliatory practices of unconstitutional actual malice to impose cruel and
unusual punishment and to deny me critical services; Pro se legal services.
As said MISCONDUCT is just yet another example to add to
the well documented lengthy history of unlawful procedure by Santa
Barbara County, et al., the SUPPORTING EVIDENCE IS AS FOLLOWS:
COURT RECORDS. Said Court Records, including the SBSC
Minute Order(s) dated 04/09/2021 AND 04/16/2021, for two (2) separate
Arraignments, Case Number 20CR04479 and 21CR02226, respectively, clearly
state "Faretta waiver granted." I am resubmitting Legal Research Requests for the
THIRD TIME to obtain federally mandated legal services that I currently need to comply
with dates for effective Case Management as admissible evidence within a
direct beam... in U.S.D.C. against Santa Barbara County Sheriff's

**Jail policy is that a written response will be provided within 15 days of receipt of the grievance.**

If this grievance is related to the Medical, Psychiatric/Mental Health, Dental, or Vision care provided to you during this incarceration, you **must** complete and sign the release form on the reverse side of this sheet. Failure to sign the release form will limit the Sheriff's Office ability to adequately respond to and/or resolve the issues for which you are grieving. The release authorization on the back of the **white sheet** is the sole original authorization.

------ ***Do not write below the dotted line for Staff use only*** ------

Rec'd by: _____ Date: _/_/_ Resolved on scene by: _____ Date: _/_/_
Reply: _____

MAILED TO
U.S.D.C. + D.U.J.
5/28/2021

Reviewing Supervisor: _____ Date: _/_/_
If not resolved, routed to: _____ By: _____ Date: _/_/_
Administrative review: _____ Date: _/_/_

SH – 585a (Revised 07/17) (Admin/Ops)   Distribution: Original – Admin / Yellow - Inmate Reply Copy / Pink-Admin Dep / Golden – Inmate Copy

COUNT/ISSUE(S)
GRIEVANCE #1

*Rec'd 7-2-21 Bullying Me!*

**SANTA BARBARA COUNTY SHERIFF'S OFFICE**
Custody Operations – Inmate Grievance Form

Staff Use Only
CID# 038822
LOG# 18440

Name: _Hellasandras, Santana_   Booking#: _1137931_   Housing: _NWI-10_

Date: _April 30, 2021_   Check One: ☑ Grievance   ☐ Appeal   Log#: _____

DECLARATION and STATEMENT of FACTS

COUNT: Misconduct by specialized unit(s) of Santa Barbara County Sheriff's Office, under the leadership of Sheriff Bill Brown, engaging in discriminatory retaliatory practices of unconstitutional actual malice to impose cruel and unusual punishment and to deny me critical services; pro se legal services. As said MISCONDUCT is just yet another example, to add to the well documented lengthy history of unlawful procedure by Santa Barbara County, et al., the SUPPORTING EVIDENCE IS AS FOLLOWS:

COURT RECORDS. Said Court Records, including the SBSC Minute Order(s) dated 04/09/2021 AND 04/16/2021, for two (2) separate Arraignments, Case Numbers 20CR04079 and 21CR02261, respectively, clearly state "Faretta waiver granted." I am resubmitting Legal Research Requests for the THIRD TIME to obtain federally mandated legal services that I urgently need to comply with dates for effecting Case Management; as admissible evidence with a direct bearing on my Innocence as a Pro se, Criminal Defendant and as a Pro se Petitioner in U.S.D.C. against Santa Barbara Co., et al. Santana Hellasandr

Jail policy is that a written response will be provided within 15 days of receipt of the grievance.

---

If this grievance is related to the Medical, Psychiatric/Mental Health, Dental, or Vision care provided to you during this incarceration, you **must** complete and sign the release form on the reverse side of this sheet. Failure to sign the release form will limit the Sheriff's Office ability to adequately respond to and/or resolve the issues for which you are grieving. The release authorization on the back of the **white sheet** is the sole original authorization.

---

**\*\*\*Do not write below the dotted line for Staff use only\*\*\***

Rec'd by: _____ Date: ___/___/___ Resolved on scene by: _____ Date: ___/___/___

Reply: _____

For Grievance on Legal Research, attached is all submitted and returned documents.

_____

Reviewing Supervisor: _LT BROOKS 3652_   Date: _6-29-2021_

If not resolved, routed to: _____ By: _____ Date: ___/___/___

Administrative review: _LT. BROOKS 3657_   Date: _6-29-2021_

# SANTA BARBARA COUNTY SHERIFF'S OFFICE
## Custody Operations – Inmate Grievance Form

| Staff Use Only |
| --- |
| CID# |
| LOG# |

**Name:** Hellasandros, Santana    **Booking#:** 0138898864    **Housing:** MED 2

Booking # 1137931

**Date:** 04/26/2021    **Check One:** ☒ Grievance    ☐ Appeal    Log#: _____

_DECLARATION AND STATEMENT OF FACTS_

_THE ISSUE I AM GRIEVING IS: My KOSHER MEALS HAVE_

_BEEN NON-VIABLE ON SEVERAL OCCASSIONS._

(Non-viable)

• TODAY April 26, 2021 – 80% of Tuna missing from lunch serving

• Satele, April 24 – Breakfast Hummis serving was about a tablespoon, so it was Non-viable

Resolved by MED2 Modular C.O.

**Jail policy is that a written response will be provided within 15 days of receipt of the grievance.**

If this grievance is related to the Medical, Psychiatric/Mental Health, Dental, or Vision care provided to you during this incarceration, you **must** complete and sign the release form on the reverse side of this sheet. Failure to sign the release form will limit the Sheriff's Office ability to adequately respond to and/or resolve the issues for which you are grieving. The release authorization on the back of the **white sheet** is the sole original authorization.

**\*\*\*Do not write below the dotted line for Staff use only\*\*\***

**Rec'd by:** _____ **Date:** __/__/__ **Resolved on scene by:** _____ **Date:** __/__/__

**Reply:** _____

**Reviewing Supervisor:** _____ **Date:** __/__/__

**If not resolved, routed to:** _____ **By:** _____ **Date:** __/__/__

**Administrative review:** _____ **Date:** __/__/__

**SH – 585a (Revised 07/17) (Admin/Ops)**    Distribution: Original – Admin / Yellow - Inmate Reply Copy / Pink-Admin Dep / Golden – Inmate Copy

## SANTA BARBARA COUNTY SHERIFF'S OFFICE
### Custody Operations – Inmate Grievance Form

Staff Use Only

CID#_____

LOG#_____

Name: _Santana Hellacandus_____ Booking#: _0138922___ Housing: _Tu 328___

Date: _April 19, 2021_ Check One: ☐ Grievance ☐ Appeal Log#: _____

Declaration— I, Santana Hellacandus, under penalty of perjury to the best of the U.S. Andaleez & following by law...

The issue that I am grieving here is that I need to receive the Religious diet form for a Kosher Diet.

My request for a Kosher diet is a fundamental constitutional right. For my Jewish faith I require a Kosher diet as by the Mitzvah I have a conscientious principled attitude of obedience to the Mitzvah (Rules) as the primary consideration of my Jewish faith.

I must write this grievance to follow the established legal protocol for exhausting administrative remedies.

I have a long standing well documented history of receiving my Religious Kosher diets and CDU Cpl. Coury has always demonstrated an outstanding professional willingness to comply with my Religious dietary needs. Resolution would be with the

**Jail policy is that a written response will be provided within 15 days of receipt of the grievance.**

necessary form for Kosher diet please. Respectfully submitted by: Santana Hellacandus Santana Hellacandus

If this grievance is related to the Medical, Psychiatric/Mental Health, Dental, or Vision care provided to you during this incarceration, you **must** complete and sign the release form on the reverse side of this sheet. Failure to sign the release form will limit the Sheriff's Office ability to adequately respond to and/or resolve the issues for which you are grieving. The release authorization on the back of the **white sheet** is the sole original authorization.

Submitted to CO Kennedy

\* Barely shows through carbon copy!

***Do not write below the dotted line for Staff use only***

between 4:35pm + 4:40pm, 4-19-2021

\* Rec'd by: _____ Date: __/__/__ Resolved on scene by: _____ Date: __/__/__

Reply: _____

(Easy
U.N.T.
for 788?

Reviewing Supervisor: _____ Date: __/__/__

If not resolved, routed to: _____ By: _____ Date: __/__/__

Administrative review: _____ Date: __/__/__

SH – 585a (Revised 07/17) (Admin/Ops)     Distribution: Original – Admin / Yellow - Inmate Reply Copy / Pink–Admin Dep / Golden – Inmate Copy

#3

SBCoSO

**SANTA BARBARA COUNTY SHERIFF'S OFFICE**
Custody Operations – Inmate Grievance Form

| Staff Use Only |
| --- |
| CID#_____ |
| LOG#_____ |

CID# 0138822

**Name:** Hellasandros, Santana     **Booking#:** A06762922     **Housing:** IRC 328

**Date:** April 14, 2021  → Date Written     Check One: ☑ **Grievance**     ☐ **Appeal**  Log#: _____

DECLARATION FOR GRIEVANCE

I, Santana Hellasandros, under penalty of perjury by the United States, swear the following to be true and correct.

COUNT (Grievance Issue): Santa Barbara County Sheriff's Office specialized unit(s) engaging in willful misconduct, under the leadership of Sheriff Bill Brown. DESTRUCTION OF INMATE LEGAL DOCUMENTS. Said willful misconduct includes but is not limited to the following Incident(s) being grieved here; on April 09, 2021, shortly after 10:22am (time on Zoom Court read 10:22 am when video switched me from Breakout Room, back to Dept. 8 SBSC) where Judge Clifford Anderson III certified me Pro Se, I was walking up the stairs in IRC 300 when C.O. Morales asked me for my personal legal documents, which he proceeded to crumple up and destroy leaving IRC 300 with my personal legal documents, under the supervision and approval of a Corporal (first) [illegible] also misconduct

**Jail policy is that a written response will be provided within 15 days of receipt of the grievance.**

x Santana Hellasandros • Santana Hellasandros • Date: April 14, 2021

---

If this grievance is related to the Medical, Psychiatric/Mental Health, Dental, or Vision care provided to you during this incarceration, you **must** complete and sign the release form on the reverse side of this sheet. Failure to sign the release form will limit the Sheriff's Office ability to adequately respond to and/or resolve the issues for which you are grieving. The release authorization on the back of the **white sheet** is the sole original authorization.

---

**\*\*\*Do not write below the dotted line for Staff use only\*\*\***

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNRESOLVED

**Rec'd by:** C.O. ALEJO     **Date:** 04/15/21     **Resolved on scene by:** (H)     **Date:** __/__/__

**Reply:** TIME 2:13 am; wall clock read 1:13 am, ONE HOUR SLOW *SEE* *VIDEO* → *VIDEO CAMERAS CLEARLY RECORD SBCoSO C.O. ALEJO (name as per name patch on uniform read, "ALEJO") ACCEPTING MY SUBMISSION OF ORIGINAL-ADMIN COPY OF THIS GRIEVANCE, ALONG WITH ORIGINAL-ADMIN COPY OF ANOTHER GRIEVANCE SEEKING A *Proposed Re-solution is Department of Justice Civil Rights Investigation of S.B.Co.SO defrauding federal funding. Both Grievances submitted by me to C.O. ALEJO at my cell door #IRC 328 at approximately 2:13 am April 15, 2021, as VIDEO will

**Reviewing Supervisor:** reveal *I am stating 2:13 am as the "approximate"     **Date:** __/__/__
time based upon C.O. ALEJO's response of "YES" to my question, "IS THE

**If not resolved, routed to:** CLOCK AN HOUR     **By:** SLOW", WHILE HE STOOD AT     **Date:** __/__/__
THE ENTRY DOOR TO IRC 300, WITH TWO (2) GRIEVANCES IN HAND TO

**Administrative review:** FORWARD TO ADMINISTRATION FOR REVIEW.     **Date:** __/__/__

Golden-Inmate Copy retained

1. Additional Plaintiffs
2. I claim that the best interest of justice
3. demands that my ex-wife and four (4) children be
4. included as Plaintiffs in the Claim(s) due to the
5. hardship(s) caused by Defendants, including but not
6. limited to Damages for pain and suffering, emotional
7. trauma, loss of income, etc.
8. Santa Barbara Police Department Narcotics
9. and Vice Investigative Division Task Force, in conjunction
10. with the United States Drug Enforcement Agency, did
11. use my services as an Investigative Consultant, unlawfully
12. and in violation of the U.S. Constitution.
13. I worked in various capacities with S.B.P.D.
14. Vice on dozens of cases. I did not know that Public
15. Appointees for the Judicial Process and their corresponding
16. Intergovernmental Entities were illegally misusing
17. my services while I was on formal felony probation
18. to violate due process on nearly fifty (50) cases,
19. as stated for the Court Record by D.A. Justin
20. Greene in Dept. 2 of S.B.S.C. in April 2014.
21. Judge Brian Hill recused Greene to cover up
22. my intentions to be a whistle-blower against them.
23. ✻ Accompanied me to S.B.P.D. for meetings, witnessed me being paid.
24. Samantha Elaine-Ray Brunes, my ex-wife. DOB 3/5/69
25. Peter Michel Peretiako, my Son. DOB 12/4/90
26. Alexandria Nicole Peretiako-Soto. DOB 1/11/93 Daughter
27. Brittany Frances Rivera. DOB 2/24/96 Daughter
28. Penelope Force Peretiako DOB 8/3/2002 Daughter

OVERALL Claim(s) are from 2004 through 2021 (Present),

on (date or dates) April, 2014 _____ , June 2015, Aug. 2015, Dec. 2015,
(Claim I)                        (Claim II)                        (Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant  Hill, Brian, et.al. _____ resides or works at
   (full name of first defendant)
   S.B.S.C., 1100 Anacapa St., Santa Barbara, CA 93101
   (full address of first defendant)
   Judge, Santa Barbara Superior Court Dept. 2
   (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual   ☑ official capacity.

Explain how this defendant was acting under color of law: He flagrantly abused my Due Process.
Judge Brian Hill had full knowledge of facts with a direct bearing on my innocence, while ignoring and falsifying evidence to cover up his previous misconduct. He acted with ACTUAL MALICE to silence me as a whistle-blower.

2. Defendant  Anderson III, Clifford _____ resides or works at
   (full name of first defendant)
   S.B.S.C. 1100 Anacapa St. Santa Barbara, CA 93101
   (full address of first defendant)
   Judge, Santa Barbara Superior Court Dept. 8, Dept. 10
   (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual   ☑ official capacity.

Explain how this defendant was acting under color of law:
Judge Clifford Anderson III repeatedly committed violations of my Due Process and flagrant actual malice and judicial misconduct while ignoring the prior knowledge that he knew proved my innocence, to silence me as a whistle-blo

3. Defendant  Tagles, Dan Sergeant _____ resides or works at
   (full name of first defendant)         E. Figueroa St., Santa Barbara C.
   Santa Barbara Police Department                93101
   (full address of first defendant)
   Sergeant, Santa Barbara Police Department
   (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual   ☑ official capacity.

Explain how this defendant was acting under color of law:
Sgt. Dan Tagles knew that my work as an Investigative Consultant and Confidential Informant on nearly fifty (50) cases was in direct violation(s) of law(s) and in violation of the U.S. Constitution This includes my work with the U.S. Drug Enforcement Agency to help train the entire S.B.P.D. Narcotics and Vice Investigative Division Task Force and two (2) DEA agents. My intimate knowledge of Investigative FACTS KNOWN ONLY TO PERSON(s) (ME) DIRECTLY INVOLVED IN THE INVESTIGA PROCESS PROVES.

4. Defendant  Brown, Bill _____ resides or works at
   (full name of first defendant)

   S.B.Co. Jail 4436 Calle Real, Santa Barbara, CA 93110
   (full address of first defendant)

   Santa Barbara County Sheriff
   (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual   ☑ official capacity.

Explain how this defendant was acting under color of law:

Under Sheriff Bill Brown's leadership, specialized units of S.B.Co.S.O.
repeatedly engaged in acts of unprovoked unconstitutional discriminatory
and retaliatory violence against me, for my Gender Identity, nearly killing me, twice.

5. Defendant  Sgt. Alexander, (first name unknown) _____ resides or works at
   (full name of first defendant)

   4436 Calle Real, Santa Barbara, CA 93110
   (full address of first defendant)

   Santa Barbara Sheriff's Department Sergeant.
   (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual   ☑ official capacity.

Explain how this defendant was acting under color of law: Sgt. Alexander knew I had
been wrongfully arrested when he called me a "fucking faggot" and
twisted my arm and violently rammed my head into the wall
with Cpl. Martinez also twisting my other arm in front of
four (4) other deputies. Alexander threatened to break my jaw,
knock my teeth out, and put me in the hospital if I told
anyone. I did tell on him. The D.A. Joyce Dudley ordered me
released immediately, false charges initiated and instituted
by S.B.P.D. to silence me as a whistle-blower were dropped,
and I was released forthwith and taken to Santa Barbara
Cottage Hospital E.R. in 2014. His threats scared me to file suit, until
now. Sgt. Alexander made good on his threat(s) when
In September 2018, Cpl. Pena's misconduct caused me to receive
an Occipital Lobe Skull Fracture and Deep Brain Bleed.
       Also he may have been behind the water to my East Iso
cell being shut off from Friday October 30th, 2020, appx 8:00pm unti
November 2nd, 2020, appx. 4a.m., fifty-six (56) hours, over four (4)
caleader days, during which time I was not allowed out of my cell.
I know that the two (2) video cameras on my cell prove this.

1.       Additional Defendants (including but not limited to)
2. • Pena (First Name Unknown) Cpl., works at S.B. Co. Jail
3.   4436 Calle Real, Santa Barbara CA 93110
4.   Sued in his: ☑ individual and ☑ official capacity.
5.   Cpl. Pena was acting under color of law when he
6.   (recorded on video in IRC 400, Sept. 2018) made fun of
7.   my LGBTQ transfemale Gender Identity and allowed other
8.   inmates to attack me, entering my locked (unlocked by
9.   Pena) cell, fracturing my skull, due to Cpl. Pena's misconduct.
10.
11. • Santa Barbara County
12. • Santa Barbara County Sheriff's Dept.
13. • Santa Barbara City
14. • Santa Barbara Police Department
15. • U.S. Drug Enforcement Agency
16. • S.B.P.D. Rank Commander Tom Miller
17. • S.B.P.D. Rank Commander Aaron Baker
18. • S.B.P.D. Rank Commander Brett Mandrell
19. • S.B.Co.S.O. Deputy Rocha
20. • S.B.Co.S.O. Deputy Pappas
21. • The two (2) DEA agents I trained with the
22. S.B.P.D. Vice Task Force for two (2) field ops,
23. assignments, one in Oxnard and one in Santa Barbara.
24. ✳ I have INTIMATE KNOWLEDGE OF INVESTIGATIVE
25. DETAILED FACTS KNOWN ONLY TO THOSE INDIVIDUALS
26. DIRECTLY INVOLVED IN THE INVESTIGATIVE PROCESS,
27. ON AFOREMENTIONED DOZENS (NEARLY 50) OF CASES.
28. COURT RECORDS AND POLICE REPORTS, etc., substantiate my claim(s).

**D. CLAIMS***

**CLAIM I**

The following civil right has been violated: CASE# 1476335

Count: Judge Clifford Anderson III acted with actual malice to meet with D.A. Kimberly Siegel Ex-Parte in S.B.S.C. Dept.10, June 2015. I was certified In Propria Persona and objected to my not being included in the meeting. Supporting Evidence: Court records will show that Judge Anderson acted on a Motion I submitted before granting the motion. He used abuse of discretion and misconduct to not allow me to withdraw or amend the motion. He did this to take away my right to be In Propria Persona and have me evaluated for competency. I was found to be competent by two PhD Psychologists/Attorneys. I had already been deemed competent in Dec. 2012 in Dept. 1 when I was In Propria Persona and won a favorable Judgement against D.A. Kimberly Siegel. Surely her motive was vendictive and to silence me as a whistle-blower. She wasn't even assigned to Case #1476335 in June 2015.

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

Count #2: Dec. 23, 2015 - S.B.S.C. Dept 2. Judge Brian Hill used my brother Peter Peretiako's (DOB 11-1-1966) criminal record to wrongfully convict me, citing the D.A.'s report that, "Christian's lengthy history of numerous violent felonies". Judge Hill, KNEW I had NO FELONIES, because my only felony had been dismissed in his Dept. 2 Courtroom by him (Judge Hill) in June 2014. Judge Hill's motive to pursue a miscarriage of justice against me was to silence me as a whistle-blower (See court records for April 2014) against him for the dozens of cases he knew he violated the constitution to obtain wrongful convictions. Court Records and Police Reports will irrefutably prove my claims.

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.*

**CIVIL RIGHTS COMPLAINT**

1.       Adendum for Claims
2. To: U.S. Central District Court of CA
3. Judges
4. From: Santana Hellasandros
5. Re: Case #1476335 and ALL other
6. convictions against me that were fraud-
7. ulently obtained, coerced by placing me
8. under EXTREME DURESS since Aug 2015.
9.       Much of the other information is
10. being submitted by my daughter electronically,
11. to be available on PACER.
12.       Richard B. Lennon's statement sums it
13. up: (See Exhibit "R", that my daughter, Brittany
14. Frances Rivera, who lives in Walnut Creek, CA
15. and works for her Alma Mater UCBerkeley
16. is filing electronically for me.)
17.       Brittany's email is BFrancesP@gmail.com
18. Her Phone # is (805)403-3323
19. ✳ Today is July 05, 2021. I AM IN
20. THE SIXTEENTH (16th) DAY OF A HUNGER
21. STRIKE FOR JUSTICE. AND THE FIFTH (5th)
22. DAY OF A WATER STRIKE, FOR JUSTICE.
23.     I am a PSYCHOLOGICALLY COMPETENT
24. EMOTIONALLY STABLE TRANSFEMALE BEING
25. SUBJECTED TO ABUSE BY S.B.Co.S.O., TRYING TO
26. LABEL ME AS BI-POLAR BECAUSE I'M
27. SUEING AND THEY WANT TO DISCREDIT ME
28. BECAUSE THEY DON'T HAVE A LEGAL LEG TO STAND ON !!

          Page 1 of 2 Adendum for Claims

1. Adendum for Claims
2. I am being wrongfully classified in
3. Isolation.
4. I have been beat up by guards,
5. had my skull fractured, had my water
6. shut off for fifty-six (56) hours.
7. And S.B.P.D. helps to initiate
8. and institute false charges against
9. me when my mom Sandra Jane Ferce,
10. my brother Peter Peretiako, and my stepfather
11. George Ducott, who all sell Heroin;
12. COMMIT IDENTITY THEFT AGAINST ME!
13. ATTACK ME FOR MY GENDER IDENTITY!
14. MAKE FALSE POLICE REPORTS!
15. I am an HONEST GOOD
16. INNOCENT PERSON!
17. I DEMAND A POLYGRAPH TO CORROBORATE
18. I'M TELLING THE TRUTH! BUT JUDGE
19. CARROZZO, IN DEPT. 12 ON JUNE 28th
20. WANTED AN IN CAMERA/SEALED HEARING
21. AND WOULD'NT LET ME MAKE A TWO (2) MINUTE
22. STATEMENT, COMMITTING SEDITION TO
23. VIOLATE MY FIRST AMENDMENT RIGHTS
24. AND SILENCE ME AS A WHISTLE-BLOWER.
25. TAKING LIBERTIES WITH MY LIFE IN THE
26. RELENTLESS PURSUIT OF MISCARRIAGES OF
27. INJUSTICES; PLEASE HELP ME !! PLEASE !!
28. Page 2 of 2 Adendum for Claims

E. **REQUEST FOR RELIEF**, INCLUDING BUT NOT LIMITED TO DAMAGES AND INJUNCTIONS, AND MOTION FOR SUMMARY JUDGEMENT.

I believe that I am entitled to the following specific relief:

① Temporary Injunctive Relief Restraining Order from False Imprisonment. I can live at Van Ness Recovery House for LGBTQ people while I fight the wrongs committed against me.

② The $20,000,000,— compensatory general relief damages is for Post Concussive Syndrome for my fractured skull, and for my permanently disabled left arm, and for my PTSD and emotional trauma. And for the wrongful conviction(s).

③ I really don't care about the money. I'm not the kind of person who sues. It goes against my moral principles to sue.

I AM HUNGER/WATER STRIKING FOR JUSTICE! 16 Days!! I WANT MY GOOD NAME CLEARED! ABSOLVED! EXONNERATED! I WANT LIFE & LIBERTY! GIVE ME LIBERTY OR GIVE ME DEATH! TO QUOTE → PATRICK HENRY

The petition(s) for the related claim(s) (see attached Civil Cover Sheets, Form # JS44) should be granted.

I, Santana Hellasandros, under penalty of perjury by the laws of the United States, declare the foregoing to be true and correct.

June 14, 2021
_(Date)_

Santana Hellasandros
_(Signature of Plaintiff)_

# SANTA BARBARA COUNTY SHERIFF'S OFFICE
## Custody Operations – Inmate Grievance Form

*(S.B.Co.S.O.)*

Staff Use Only
CID#_____
LOG#_____

**Name:** Santana Hellasandros   **Booking#:** 1137937   **Housing:** NWI-10

**Date:** July 09, 2021   **Check One:** ☐ Grievance   ☐ Appeal   **Log#:** _____

→ TIME: B-Shift C.O. Holcomb + C.O. Giron

STATEMENT OF FACTS

DECLARATION—I Santana Hellasandros under penalty of perjury by the laws of the United States, declare the following to be true and correct. This DECLARATION is to inform the S.B.CoSO that I have filed FORMAL COMPLAINTS with THE U.S.D.O.J. against S.B.Co.S.O.; that in addition to my Hunger (weight on June 20 = 153lbs • July 02 = 145 • July 03 = 139lbs • July 04 = 137lbs • July 05 = 135 Strike and HIV+ medication (Stribild) Strike • Hunger + HIV strikes entering DAY Twenty-One (21 Days) both of which commenced at 0600 hrs, 2021/20/06, in part to protest discriminatory and retaliatory mistreatment by S.B. Co.S.O., I am now also on a Water Strike which I began Tuesday (after Cpl. Gray and Cpl. Failla interrupt Mail tampering by S.B.Co.SO.) At 131lbs, 2021/09/07. As of July 05 I had lost eighteen (18) pounds. Executed Friday, July 09 2021 at S.B. Co. Jail. Santana Hellasandros

Jail policy is that a written response will be provided within 15 days of receipt of the grievance.

If this grievance is related to the Medical, Psychiatric/Mental Health, Dental, or Vision care provided to you during this incarceration, you **must** complete and sign the release form on the reverse side of this sheet. Failure to sign the release form will limit the Sheriff's Office ability to adequately respond to and/or resolve the issues for which you are grieving. The release authorization on the back of the **white sheet** is the sole original authorization.

- - - - - - - - - - - - - - - - - - - - - - - - **\*\*\*Do not write below the dotted line for Staff use only\*\*\*** - - - - - - - - - - - - - - - - - - - - -

**Rec'd by:** _____ **Date:** __/__/__ **Resolved on scene by:** _____ **Date:** __/__/__

**Reply:** _____

✱ Original Copy to S.B.Co.S.O.

✱ U.S.D.O.J. Please add Yellow Copy to my Formal Complaints previously signed/filed (all)

✱ U.S.D.C. Please add Pink Copy to my Personal Injury(ies) Claim(s) Petition(s), already filed electronically and by mail.

Thank you! Santana Hellasandros

**Reviewing Supervisor:** _____ **Date:** __/__/__

**If not resolved, routed to:** _____ **By:** _____ **Date:** 7/9/2_

**Administrative review:** _____ **Date:** __/__/__

SH – 585a (Revised 07/17) (Admin/Ops)   Distribution: Original – Admin / Yellow - Inmate Reply Copy / Pink-Admin Dep / Golden – Inmate Copy

✱ To S.B.Co.S.O., U.S.D.O.J., U.S.D.C. Mailed 7-09-21 / Mailed 7-9-21

JS 44   (Rev. 10/20)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
*Hellasandros, Santana, et.al.*

**(b)** County of Residence of First Listed Plaintiff   *Santa Barbara*
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
*Pro se Petitioner*
*4436 Calle Real, Santa Barbara, CA 93110*
*(805) 403-3323*

## DEFENDANTS
*County of Santa Barbara; Hill, Brian Judge, et.al.*

County of Residence of First Listed Defendant   *Santa Barbara*
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1  U.S. Government
     Plaintiff
- [X] 3  Federal Question
     *(U.S. Government Not a Party)*
- [ ] 2  U.S. Government
     Defendant
- [ ] 4  Diversity
     *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                                    *and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 365 Personal Injury - | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product | Product Liability | | | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | Liability | [ ] 367 Health Care/ | | **PROPERTY RIGHTS** | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment | [ ] 320 Assault, Libel & | Pharmaceutical | | [ ] 820 Copyrights | [ ] 430 Banks and Banking |
| & Enforcement of Judgment | Slander | Personal Injury | | [ ] 830 Patent | [ ] 450 Commerce |
| [ ] 151 Medicare Act | [ ] 330 Federal Employers' | Product Liability | | [ ] 835 Patent - Abbreviated | [ ] 460 Deportation |
| [ ] 152 Recovery of Defaulted | Liability | [ ] 368 Asbestos Personal | | New Drug Application | [ ] 470 Racketeer Influenced and |
| Student Loans | [ ] 340 Marine | Injury Product | | [ ] 840 Trademark | Corrupt Organizations |
| (Excludes Veterans) | [ ] 345 Marine Product | Liability | | [ ] 880 Defend Trade Secrets | [ ] 480 Consumer Credit |
| [ ] 153 Recovery of Overpayment | Liability | **PERSONAL PROPERTY** | **LABOR** | Act of 2016 | (15 USC 1681 or 1692) |
| of Veteran's Benefits | [ ] 350 Motor Vehicle | [ ] 370 Other Fraud | [ ] 710 Fair Labor Standards | | [ ] 485 Telephone Consumer |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle | [ ] 371 Truth in Lending | Act | **SOCIAL SECURITY** | Protection Act |
| [ ] 190 Other Contract | Product Liability | [ ] 380 Other Personal | [ ] 720 Labor/Management | [ ] 861 HIA (1395ff) | [ ] 490 Cable/Sat TV |
| [ ] 195 Contract Product Liability | [ ] 360 Other Personal | Property Damage | Relations | [ ] 862 Black Lung (923) | [ ] 850 Securities/Commodities/ |
| [ ] 196 Franchise | Injury | [ ] 385 Property Damage | [ ] 740 Railway Labor Act | [ ] 863 DIWC/DIWW (405(g)) | Exchange |
| | [ ] 362 Personal Injury - | Product Liability | [ ] 751 Family and Medical | [ ] 864 SSID Title XVI | [ ] 890 Other Statutory Actions |
| | Medical Malpractice | | Leave Act | [ ] 865 RSI (405(g)) | [ ] 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 790 Other Labor Litigation | | [ ] 893 Environmental Matters |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights | **Habeas Corpus:** | [ ] 791 Employee Retirement | **FEDERAL TAX SUITS** | [ ] 895 Freedom of Information |
| [ ] 220 Foreclosure | [ ] 441 Voting | [ ] 463 Alien Detainee | Income Security Act | [ ] 870 Taxes (U.S. Plaintiff | Act |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment | [X] 510 Motions to Vacate | | or Defendant) | [ ] 896 Arbitration |
| [ ] 240 Torts to Land | [ ] 443 Housing/ | Sentence | | [ ] 871 IRS—Third Party | [ ] 899 Administrative Procedure |
| [ ] 245 Tort Product Liability | Accommodations | [ ] 530 General | | 26 USC 7609 | Act/Review or Appeal of |
| [ ] 290 All Other Real Property | [ ] 445 Amer. w/Disabilities - | [ ] 535 Death Penalty | **IMMIGRATION** | | Agency Decision |
| | Employment | **Other:** | [ ] 462 Naturalization Application | | [ ] 950 Constitutionality of |
| | [ ] 446 Amer. w/Disabilities - | [ ] 540 Mandamus & Other | [ ] 465 Other Immigration | | State Statutes |
| | Other | [ ] 550 Civil Rights | Actions | | |
| | [ ] 448 Education | [ ] 555 Prison Condition | | | |
| | | [ ] 560 Civil Detainee - | | | |
| | | Conditions of | | | |
| | | Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [X] 1  Original
     Proceeding
- [ ] 2  Removed from
     State Court
- [ ] 3  Remanded from
     Appellate Court
- [ ] 4  Reinstated or
     Reopened
- [ ] 5  Transferred from
     Another District
     *(specify)*
- [ ] 6  Multidistrict
     Litigation -
     Transfer
- [ ] 8  Multidistrict
     Litigation -
     Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
*U.S. Constitution Amendment I, Amendment VIII, Amendment XIV*

Brief description of cause:
*Actual Malice to deny due process in pursuit of Miscarriage(s) of Justice and wrongful convictions to silence me as a whistle-blower.*

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION
     UNDER RULE 23, F.R.Cv.P.

**DEMAND $**   *$20,000,000.⁰⁰*

CHECK YES only if demanded in complaint:
**JURY DEMAND:**   [ ] Yes   [X] No

## VIII. RELATED CASE(S)
IF ANY
*(See instructions)*

JUDGE _____   DOCKET NUMBER _____

DATE   *June 14, 2021*

SIGNATURE OF ATTORNEY OF RECORD
*Santana Hellasandros, Pro se Petitioner*

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

JS 44 (Rev. 10/20)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
*Hellasandros, Santana, et.al.*

## DEFENDANTS
*County of Santa Barbara; Hill, Brian Judge, et.al.*

**(b)** County of Residence of First Listed Plaintiff  *Santa Barbara*
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant  *Santa Barbara*
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
*Pro se Petitioner*
*4436 Calle Real, Santa Barbara CA 93110*
*(805) 403-3323*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | |
|---|---|
| ☐ 1 U.S. Government Plaintiff | ☒ 3 Federal Question *(U.S. Government Not a Party)* |
| ☐ 2 U.S. Government Defendant | ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)* |

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | **PERSONAL INJURY** ☐ 365 Personal Injury - Product Liability | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | ☐ 350 Motor Vehicle | **PERSONAL PROPERTY** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | ☐ 370 Other Fraud ☐ 371 Truth in Lending | ☐ 880 Defend Trade Secrets Act of 2016 | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 485 Telephone Consumer Protection Act |
| ☐ 190 Other Contract | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Management Relations | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | | ☐ 740 Railway Labor Act | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 751 Family and Medical Leave Act | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 790 Other Labor Litigation | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | ☐ 791 Employee Retirement Income Security Act | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | **FEDERAL TAX SUITS** | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** ☐ 540 Mandamus & Other ☒ 550 Civil Rights | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| | ☐ 448 Education | ☐ 555 Prison Condition ☐ 560 Civil Detainee - Conditions of Confinement | | |

**SOCIAL SECURITY**
☐ 861 HIA (1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

**IMMIGRATION**
☐ 462 Naturalization Application
☐ 465 Other Immigration Actions

## V. ORIGIN *(Place an "X" in One Box Only)*

| | |
|---|---|
| ☒ 1 Original Proceeding | ☐ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from Another District *(specify)* | ☐ 6 Multidistrict Litigation - Transfer | ☐ 8 Multidistrict Litigation - Direct File |

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity):*
*U.S. Constitution Amendment V, Amendment VIII, Amendment XIV*
Brief description of cause:
*Actual Malice to deny Due Process in pursuit of miscarriages of justice and wrongful conviction(s) causing personal injuries, Cruel and Unusual Punishment*

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $  *$20,000,000.00*

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☒ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*

JUDGE _____   DOCKET NUMBER _____

DATE  *JUNE 14, 2021*

SIGNATURE OF ATTORNEY OF RECORD  *Santana Hellasandros, Pro se Petitioner*

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

JS 44 (Rev. 10/20)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

Hellasandros, Santana, et. al

## DEFENDANTS

County of Santa Barbara; Hill, Brian Judge, et. al.

**(b)** County of Residence of First Listed Plaintiff   Santa Barbara
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   Santa Barbara
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Pro se Petitioner
4436 Calle Real, Santa Barbara CA 93110
(805) 403-3323

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1   U.S. Government Plaintiff
- [x] 3   Federal Question *(U.S. Government Not a Party)*
- [ ] 2   U.S. Government Defendant
- [ ] 4   Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)* *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 365 Personal Injury - | [ ] 690 Other | [ ] 423 Withdrawal | [ ] 376 Qui Tam (31 USC |
| [ ] 130 Miller Act | [ ] 315 Airplane Product | Product Liability | | 28 USC 157 | 3729(a)) |
| [ ] 140 Negotiable Instrument | Liability | [ ] 367 Health Care/ | | | [ ] 400 State Reapportionment |
| [ ] 150 Recovery of Overpayment | [ ] 320 Assault, Libel & | Pharmaceutical | | **PROPERTY RIGHTS** | [ ] 410 Antitrust |
| & Enforcement of Judgment | Slander | Personal Injury | | [ ] 820 Copyrights | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 330 Federal Employers' | Product Liability | | [ ] 830 Patent | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted | Liability | [ ] 368 Asbestos Personal | | [ ] 835 Patent - Abbreviated | [ ] 460 Deportation |
| Student Loans | [ ] 340 Marine | Injury Product | | New Drug Application | [ ] 470 Racketeer Influenced and |
| (Excludes Veterans) | [ ] 345 Marine Product | Liability | | [ ] 840 Trademark | Corrupt Organizations |
| [ ] 153 Recovery of Overpayment | Liability | **PERSONAL PROPERTY** | | [ ] 880 Defend Trade Secrets | [ ] 480 Consumer Credit |
| of Veteran's Benefits | [ ] 350 Motor Vehicle | [ ] 370 Other Fraud | | Act of 2016 | (15 USC 1681 or 1692) |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle | [ ] 371 Truth in Lending | | | [ ] 485 Telephone Consumer |
| [ ] 190 Other Contract | Product Liability | [ ] 380 Other Personal | **LABOR** | **SOCIAL SECURITY** | Protection Act |
| [ ] 195 Contract Product Liability | [ ] 360 Other Personal | Property Damage | [ ] 710 Fair Labor Standards | [ ] 861 HIA (1395ff) | [ ] 490 Cable/Sat TV |
| [ ] 196 Franchise | Injury | [ ] 385 Property Damage | Act | [ ] 862 Black Lung (923) | [ ] 850 Securities/Commodities/ |
| | [ ] 362 Personal Injury - | Product Liability | [ ] 720 Labor/Management | [ ] 863 DIWC/DIWW (405(g)) | Exchange |
| | Medical Malpractice | | Relations | [ ] 864 SSID Title XVI | [ ] 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 740 Railway Labor Act | [ ] 865 RSI (405(g)) | [ ] 891 Agricultural Acts |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights | **Habeas Corpus:** | [ ] 751 Family and Medical | | [ ] 893 Environmental Matters |
| [ ] 220 Foreclosure | [ ] 441 Voting | [ ] 463 Alien Detainee | Leave Act | **FEDERAL TAX SUITS** | [ ] 895 Freedom of Information |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment | [ ] 510 Motions to Vacate | [ ] 790 Other Labor Litigation | [ ] 870 Taxes (U.S. Plaintiff | Act |
| [ ] 240 Torts to Land | [ ] 443 Housing/ | Sentence | [ ] 791 Employee Retirement | or Defendant) | [ ] 896 Arbitration |
| [ ] 245 Tort Product Liability | Accommodations | [ ] 530 General | Income Security Act | [ ] 871 IRS—Third Party | [ ] 899 Administrative Procedure |
| [ ] 290 All Other Real Property | [ ] 445 Amer. w/Disabilities - | [ ] 535 Death Penalty | | 26 USC 7609 | Act/Review or Appeal of |
| | Employment | **Other:** | **IMMIGRATION** | | Agency Decision |
| | [ ] 446 Amer. w/Disabilities - | [ ] 540 Mandamus & Other | [ ] 462 Naturalization Application | | [ ] 950 Constitutionality of |
| | Other | [ ] 550 Civil Rights | [ ] 465 Other Immigration | | State Statutes |
| | [ ] 448 Education | [ ] 555 Prison Condition | Actions | | |
| | | [ ] 560 Civil Detainee - | | | |
| | | Conditions of | | | |
| | | Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [x] 1   Original Proceeding
- [ ] 2   Removed from State Court
- [ ] 3   Remanded from Appellate Court
- [ ] 4   Reinstated or Reopened
- [ ] 5   Transferred from Another District *(specify)*
- [ ] 6   Multidistrict Litigation - Transfer
- [ ] 8   Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
U.S. Constitution Amendment V, Amendment VIII, Amendment XIV

Brief description of cause: Actual malice to deny Due Process in Pursuit of Miscarriage(s) of Justice and wrongful convictions causing Personal Injuries, Cruel and Unusual Punishment

## VII. REQUESTED IN COMPLAINT:

- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ $20,000,000.00

CHECK YES only if demanded in complaint:

JURY DEMAND: [ ] Yes   [x] No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____   DOCKET NUMBER _____

DATE   June 14, 2021

SIGNATURE OF ATTORNEY OF RECORD   Santana Hellasandros, Pro se Petitioner

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

JS 44 (Rev. 10/20)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Hellasandros, Santana, et al.

**DEFENDANTS**
County of Santa Barbara; Hill, Brian Judge, et.al.

**(b)** County of Residence of First Listed Plaintiff  Santa Barbara
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant  Santa Barbara
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Pro se Petitioner
4436 Calle Real Santa Barbara, CA 93110
(805)403-3323

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x]1 | [x]1 | Incorporated or Principal Place of Business In This State | [ ]4 | [ ]4 |
| Citizen of Another State | [ ]2 | [ ]2 | Incorporated and Principal Place of Business In Another State | [ ]5 | [ ]5 |
| Citizen or Subject of a Foreign Country | [ ]3 | [ ]3 | Foreign Nation | [ ]6 | [ ]6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

**CONTRACT**: 110 Insurance; 120 Marine; 130 Miller Act; 140 Negotiable Instrument; 150 Recovery of Overpayment & Enforcement of Judgment; 151 Medicare Act; 152 Recovery of Defaulted Student Loans (Excludes Veterans); 153 Recovery of Overpayment of Veteran's Benefits; 160 Stockholders' Suits; 190 Other Contract; 195 Contract Product Liability; 196 Franchise

**TORTS — PERSONAL INJURY**: 310 Airplane; 315 Airplane Product Liability; [x] 320 Assault, Libel & Slander; 330 Federal Employers' Liability; 340 Marine; 345 Marine Product Liability; 350 Motor Vehicle; 355 Motor Vehicle Product Liability; 360 Other Personal Injury; 362 Personal Injury - Medical Malpractice

**PERSONAL INJURY**: 365 Personal Injury - Product Liability; 367 Health Care/Pharmaceutical Personal Injury Product Liability; 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**: 370 Other Fraud; 371 Truth in Lending; 380 Other Personal Property Damage; 385 Property Damage Product Liability

**FORFEITURE/PENALTY**: 625 Drug Related Seizure of Property 21 USC 881; 690 Other

**LABOR**: 710 Fair Labor Standards Act; 720 Labor/Management Relations; 740 Railway Labor Act; 751 Family and Medical Leave Act; 790 Other Labor Litigation; 791 Employee Retirement Income Security Act

**BANKRUPTCY**: 422 Appeal 28 USC 158; 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**: 820 Copyrights; 830 Patent; 835 Patent - Abbreviated New Drug Application; 840 Trademark; 880 Defend Trade Secrets Act of 2016

**SOCIAL SECURITY**: 861 HIA (1395ff); 862 Black Lung (923); 863 DIWC/DIWW (405(g)); 864 SSID Title XVI; 865 RSI (405(g))

**FEDERAL TAX SUITS**: 870 Taxes (U.S. Plaintiff or Defendant); 871 IRS—Third Party 26 USC 7609

**REAL PROPERTY**: 210 Land Condemnation; 220 Foreclosure; 230 Rent Lease & Ejectment; 240 Torts to Land; 245 Tort Product Liability; 290 All Other Real Property

**CIVIL RIGHTS**: 440 Other Civil Rights; 441 Voting; 442 Employment; 443 Housing/Accommodations; 445 Amer. w/Disabilities - Employment; 446 Amer. w/Disabilities - Other; 448 Education

**PRISONER PETITIONS — Habeas Corpus**: 463 Alien Detainee; 510 Motions to Vacate Sentence; 530 General; 535 Death Penalty; **Other:** 540 Mandamus & Other; 550 Civil Rights; 555 Prison Condition; 560 Civil Detainee - Conditions of Confinement

**IMMIGRATION**: 462 Naturalization Application; 465 Other Immigration Actions

**OTHER STATUTES**: 375 False Claims Act; 376 Qui Tam (31 USC 3729(a)); 400 State Reapportionment; 410 Antitrust; 430 Banks and Banking; 450 Commerce; 460 Deportation; 470 Racketeer Influenced and Corrupt Organizations; 480 Consumer Credit (15 USC 1681 or 1692); 485 Telephone Consumer Protection Act; 490 Cable/Sat TV; 850 Securities/Commodities/Exchange; 890 Other Statutory Actions; 891 Agricultural Acts; 893 Environmental Matters; 895 Freedom of Information Act; 896 Arbitration; 899 Administrative Procedure Act/Review or Appeal of Agency Decision; 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*
- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
U.S. Constitution Amendment V, AMENDMENT VIII, AMENDMENT XIV
Brief description of cause: ACTUAL MALICE TO DENY DUE PROCESS IN PURSUIT OF MISCARRIAGE(S) OF JUSTICE AND WRONGFUL CONVICTION(S) CAUSING PERSONAL INJURIES, CRUEL AND UNUSUAL PUNISHMENT

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ $20,000,000.00
CHECK YES only if demanded in complaint:
JURY DEMAND: [ ] Yes [x] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*  JUDGE _____  DOCKET NUMBER _____

DATE JUNE 14, 2021
SIGNATURE OF ATTORNEY OF RECORD Santana Hellasandros, Pro se Petitioner

**FOR OFFICE USE ONLY**
RECEIPT # ____  AMOUNT ____  APPLYING IFP ____  JUDGE ____  MAG. JUDGE ____



SANTA BARBARA CA   931

12 JUL 2021   PM 2   L

Hon. George Wu, % Clerk of the Court
U.S. Central District Court
350 West 1st Street
Los Angeles, CA 90012-4565

90012-453699

Santana Hellasandro, Prose Petitioner
CID# 013 8822, NWI-10
Santa Barbara Co. Jail
4436 Calle Real
Santa Barbara, CA 93110

RECEIVED
CLERK U.S. DISTRICT COURT
JUL 14 2021
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

LEGAL MAIL

HUNGER
STRIKE
DAY 20

www.FreeSantana.org



Santana Hellasandros, Pro se Petitioner, In Propio Persona Litigant

CID#0138822
Santa Barbara County Jail
4436 Calle Real
Santa Barbara, CA 93110

W intake

HON. GEORGE WU
UNITED STATES CENTRAL DISTRICT COURT OF CA
350 WEST 1ST STREET
LOS ANGELES, CA 90012-4565

CONFIDENTIAL
LEGAL MAIL
MAILED JULY04th
HUNGER STRIKE
DAY FIFTEEN
www.freeSantana.org
MY BLACK
LGBTQ+
LIFE MATTERS