UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   **2:21-cv-5806-JLS (MAR)**                                                   Date:  July 21, 2021

Title   *Santana Hellasandros v. City of Santa Barbara, et al.*

Present: The Honorable:  MARGO A. ROCCONI, UNITED STATES MAGISTRATE JUDGE

| ERICA BUSTOS | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:  (In Chambers) ORDER TO SHOW CAUSE RE:  FAILURE TO PAY FILING FEE OR FILE REQUEST TO PROCEED IN FORMA PAUPERIS**

Plaintiff Santana Hellasandros ("Plaintiff") has filed a Civil Rights Complaint ("Complaint") pursuant to 42 U.S.C. § 1983.  ECF Docket No. ("Dkt.") 1.  Plaintiff has neither paid the mandatory $402.00 filing fee nor filed a request to proceed in forma pauperis ("IFP").

Accordingly, if Plaintiff wishes to proceed with this lawsuit, **within thirty (30) days** of the date of this Order he must: (1) pay the full $402.00 filing fee; (2) file a request to proceed in forma pauperis; or (3) show cause in writing why he is unable to do so.  The Clerk of Court is directed to mail Plaintiff a blank copy of the district's form in forma pauperis request form (CV-60).

**Plaintiff is expressly warned that his failure to timely comply with this Order may result in denial of his in forma pauperis application and/or dismissal of this action without prejudice.**

**IT IS SO ORDERED.**

|  | : |
|---|---|
| **Initials of Preparer** | eb |

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| PLAINTIFF/PETITIONER,<br>v.<br><br>DEFENDANT(S). | CASE NUMBER<br><br>**REQUEST TO PROCEED<br>IN FORMA PAUPERIS WITH<br>DECLARATION IN SUPPORT** |

I, _____, declare under penalty of perjury, that the foregoing is true and correct; that I am the petitioner/plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefore, I state that because of my poverty I am unable to pay the costs of said proceedings or to give security therefore and that I am entitled to redress.

I further declare under penalty of perjury that the responses which I have made to the questions and instructions below are true, correct and complete.

1. Are you presently employed? ☐Yes ☐No

   a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer. _____

   b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received. _____

2. Have you received, *within the past twelve months*, any money from any of the following sources?

   a. Business, profession or form of self-employment?   ☐Yes  ☐No
   b. Rent payments, interest or dividends?              ☐Yes  ☐No
   c. Pensions, annuities or life insurance payments?    ☐Yes  ☐No
   d. Gifts or inheritances?                             ☐Yes  ☐No
   e. Any other income (other than listed above)?        ☐Yes  ☐No
   f. Loans?                                             ☐Yes  ☐No

   If the answer to any of the above is yes, describe such source of money and state the amount received from each source during the past twelve (12) months: _____

3. Do you own any cash, or do you have money in a checking or savings account? (Include any funds in prison accounts, if applicable.) ☐Yes   ☐No

   If the answer is yes, identify each account and separately state the amount of money held in **each** account for each of the *six (6) months prior* to the date of this declaration.

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐Yes   ☐No

   If the answer is yes, describe the property and state its approximate value: _____

5. In what year did you last file an Income Tax return? _____

   Approximately how much income did your last tax return reflect? _____

6. List the persons who are dependent upon your for support, state your relationship to those persons, and indicate how much you contribute toward their support:

I understand that a false statement or answer to any question in this declaration will subject me to penalties for perjury. I further understand that perjury is punishable by a term of imprisonment of up to five (5) years and/or a fine of $250,000 (18 U.S.C. Sections 1621, 3571).

_____   _____
State                              County (or City)

I, _____, declare under penalty of perjury that the foregoing is true and correct.

_____   _____
Date                               Plaintiff/Petitioner (Signature)