UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  **2:21-cv-05806-SPG(MAR)**  Date:  September 26, 2022

Title  *Hellasandros v. County of Santa Barbara et al*

Present: The Honorable:  MARGO A. ROCCONI, UNITED STATES MAGISTRATE JUDGE

| ERICA BUSTOS | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:  (In Chambers) SECOND ORDER TO SHOW CAUSE RE:  DISMISSAL FOR LACK OF PROSECUTION**

On November 15, 2021, the Court dismissed Plaintiff's Complaint with leave to amend ("ODLA"), granting Plaintiff twenty-one (21) days to file a First Amended Complaint ("FAC"). Dkt. 13.  The ODLA cautioned Plaintiff that failure to timely file a response to the ODLA "**will result**" in the dismissal of the Complaint for failure to prosecute.  Dkt. 13 at 20.

June 9, 2022, this Court issued an Order to Show Cause ("OSC") giving Plaintiff until June 30, 2022 to show why this action should not be dismissed for failure to prosecute.  Dkt. 11.  Plaintiff was warned that, "[f]ailure to respond to the Court's Order **will** result in the dismissal of the action." Id. (emphasis added).  To date, Plaintiff has not responded to the Court's OSC.  Plaintiff has not corresponded with the Court at all since they requested an extension of time on March 18, 2022. Dkt. 20.

Accordingly, Plaintiff must respond to the Court's June 9, 2022 OSC, with one (1) of the three (3) options listed in the OSC:

(1) Plaintiff shall file a First Amended Complaint that addresses the deficiencies identified in the Court's November 15, 2021 ODLA;
(2) Plaintiff shall provide the Court with an explanation as to why he has failed to file a First Amended Complaint; or
(3) Plaintiff may request a voluntarily dismissal of the action pursuant to Federal Rule of Civil Procedure 41(a). The Clerk of Court is directed to attach a Notice of Dismissal form for Plaintiff's convenience.

Plaintiff must comply **within fourteen (14) days of this Order, by October 11, 2022**, or this action **will** be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

| | **Initials of Preparer** | : |
|---|---|---|
| | | eb |