JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTANA HELLASANDROS,<br><br>                Plaintiff,<br><br>          v.<br><br>COUNTY OF SANTA BARBARA, ET AL,<br><br>                Defendant(s). | Case No. 2:21-cv-05806-SPG (MAR)<br><br>JUDGMENT |

Pursuant to the Memorandum and Order Dismissing Case, **IT IS HEREBY ADJUDGED** that this action is dismissed without prejudice.

Dated: November 3, 2022

_____
HONORABLE SHERILYN PEACE GARNETT
United States District Judge